No. D–1761. IN RE DISBARMENT OF HALLOCK. Marcy Miller Hallock, of Baltimore, Md., having requested to resign as a member of the Bar of this Court, it is ordered that her name be stricken from the roll of attorneys admitted to the practice of law before

this Court. The rule to show cause, issued on January 6, 1997 [*ante*, p. 1053], is discharged.